1004

[No. 54207-9-I.   Division One.   June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDIN DERVISEVIC, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-02563-8, Richard McDermott, J., entered April 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54242-7-I.   Division One.   June 13, 2005.]

JOEY KAHWATY ET AL., *Appellants*, v. JASON POTTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-21005-8, Terence Lukens, J., entered May 10, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54284-2-I.   Division One.   June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY JAY SUMMIEL, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 03-1-00117-2, Vickie I. Churchill, J., entered April 14, 2004. *Reversed in part* by unpublished per curiam opinion.

[No. 54329-6-I.   Division One.   June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL McDONNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01121-8, Michael F. Moynihan, J., entered May 25, 2004. *Affirmed* by unpublished per curiam opinion.